FILED          LODGED
RECEIVED          COPY

JUN 2 7 2025

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

Isabel Rodriguez
43643 W Oster Dr
Maricopa AZ 85138
(520) 840-1318

# IN UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

Isabel Rodriguez,

Plaintiff,

v.

Momdoc,

Defendant(s).

CASE NUMBER: **CV25-02232-PHX-ESW**

**COMPLAINT**

## Jurisdiction

This court has jurisdiction over this matter pursuant to Violation of the American with Disabilities act of 1990 §§ . The plaintiff is a resident of Maricopa , Pinal County, AZ and a citizen of the United States. The defendant, Momdoc , is a resident of Maricopa , AZ and a citizen of the United States. The cause of action arose in the Phoenix division.

## Complaint

I was denied accommodations for my right arm after sustaining an injury than required surgery on January 3 ,2023 and was told I was not allowed to wear my own scrub bottoms to accommodate my club foot disability. After my arm surgery my supervisor Ruby Godinez asked about accommodations in front of patients I told  Ruby Godinez I would let her know as I was uncomfortable discussing my medical information in front of others. When I later needed accommodations due to the printers not working and me having issues with writing and illegible handwriting due to being right hand dominant I was told by Ruby Godinez to "figure it out". My 2 coworkers (medical assistants) were being sent to different Momdoc locations to help I had no issues with being sent instead to help  at locations that would have had working equipment to accommodate my needs. Due to a shortage in scrubs we were told by HR that as medical assistants we were allowed to wear solid black, navy blue or gray scrubs until the new shipment arrived. Once I received my scrubs I let HR know that the bottoms were too big and I needed a smaller size they stated I would have to wait until the next shipment, during that time I was wearing the approved black bottoms and was constantly told by Ruby Godinez that I could not wear those.  I let Ruby Godinez know

that the scrubs were too big and once I received the smaller size the pants were too long and wrapped under my foot causing me to slip. I was never asked to provide proof of disability or accommodations. I had notes on file after doctors appointments that stated I needed accommodations as needed but was never fully released due to the unknowing time of when my arm injury would heal and that my foot is a lifelong issue due to my disability. I was told by Ruby Godinez that after a year the notes expired but was not asked to provide a new note. During the investigation with ADOSH regarding other issues Momdoc attorneys fasley stated that I took paid leave during the time I had taken off due to needing arm surgery my pays stubs showed I was paid for the hours I worked. Momdoc attorneys also falsely stated that I never brought up my need for accommodations but I did bring them to my supervisor Ruby Godinez and was constantly ignored and when Ruby Godinez would mention in front of other staff/patients the issues with wearing my own scrubs bottoms I would bring to her attention again that I needed to wear them to accommodate my foot. After my arm injury I was diagnosed with moderate to severe PTSD , anxiety and depression that I had taken some Saturdays off to attend therapy during the events of me and my coworkers being wrongfully terminated the manger April Garcia got in my face when I just went to ask for a bag to put my belongings in this caused major issues with my PTSD and anxiety.

## Demand

I would like to be compensated for the emotional and physical strain I was out under due to not being allowed accommodations for ongoing health issues. As well as the indirect violation of my HIPPA rights as my supervisor Ruby Godinez never talked to me privately about the issues but instead would bring them up around other staff and patients. Damages: $500,000  I was willing to travel to different locations and wear my own scrub bottoms to accommodate my medical needs that would have been no cost to my employer but instead was denied and constantly berated by my Supervisor. I believe that I was treated unfairly and due to the false allegations of Momdoc attorneys that this situation could happen again to someone else in the future.

Date: 6/27/25

Signature of Pro Se Plaintiff
Isabel  Rodriguez
43643 W Oster Dr
Maricopa, AZ 85138
(520) 840-1318